Bernice Wilens, appellee, v. Yellow Cab Company, appellant. Gen. No. 31,919.

Action to recover for personal injuries from being struck by automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Willis F. Graham, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Samuels, Costello & Greenberg and Rose & Symmes, for appellant. Morse Ives, H. H. Patterson and Charles C. Bodenstab, for appellee; H. H. Patterson, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Erna Zulke, appellee, v. Glen House, appellant. Gen. No. 31,931.

Bastardy proceeding. Judgment of filiation and for maintenance. Appeal from the Municipal Court of Chicago; the Hon. John Sbarbaro, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Cameron Latter, for appellant. Robert E. Crowe, State's Attorney, for appellee; Lee R. LaRochelle and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Sol Rubin, appellant, v. Israel Blume et al., appellees. Gen. No. 31,936.

Bill for accounting, conveyance and injunction. Dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 10, 1927.

Granville W. Browning and Clark & Clark, for appellant. Epstein & Feiwell, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

W. B. Martin, appellee, v. Chicago Flat Janitors' Union et al., on appeal of Oscar F. Nelson et al., appellants. Gen. No. 31,975.

Bill for injunction without notice to restrain picketing an apartment building. Temporary injunction granted. Appeal from interlocutory order of the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Oscar F. Nelson and Joseph A. Ricker, for appellants. Otto A. Jaburek and James S. Wight, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Commonwealth Reserve Fund, Inc., defendant in error, v. Mary A. Vincent et al., plaintiffs in error. Gen. No. 31,181.

Bill to foreclose chattel mortgage. Decree for complainant. Error to the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the

first district at the October term, 1926. Affirmed. Opinion filed October 10, 1927. Rehearing denied October 24, 1927.

Jacob Levy, for plaintiffs in error. Willard C. Lindsay, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

Mae Belle Conroyd, executrix of the last will and testament of Frank Conroyd, deceased, appellee, v. Yellow Cab Company, appellant. Gen. No. 31,570.

Action for death by wrongful act in automobile collision. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon, Timothy D. Hurley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed, Opinion filed October 10, 1927.

Samuels, Costello & Greenberg, John E. Kehoe and Busby, Weber, Miller & Donovan, for appellant. James C. McShane, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

J. H. Kaplan, substituted for Doctors Service Corps., Inc., defendant in error, v. Samuel Spitzer, plaintiff in error. Gen. No. 31,597.

Appeal from order dismissing defendant's appeal from justice court judgment. Error to the Circuit Court of Cook county; the Hon. John R. Caverly, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed October 10, 1927.

Henry N. Shabsin, for plaintiff in error. No appearance for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

Julia Pales, defendant in error, v. Walter Pales, plaintiff in error. Gen. No. 31,629.

Bill for divorce. Decree granted and realty ordered deeded to complainant. Error to the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Cause transferred to the Supreme Court. Opinion filed October 10, 1927.

Elbridge W. Rice, for plaintiff in error. No appearance for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

## SECOND DISTRICT.

---

Charles R. Lyon and William I. Lyon, appellees, v. Oscar Rubin et al., appellants. Gen. No. 7,653.

Forcible detainer. Judgment for plaintiff. Appeal from the Circuit Court of Lake county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed August 4, 1907. Rehearing denied October 19, 1927.